IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–60–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHANTEL DAWN COOPER, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Video Testimony. (Doc. 19.) Good cause supports the motion. (*See* Doc. 20.)

Accordingly, IT IS ORDERED that the motion (Doc. 19) is GRANTED. Dr. Leo Kadehjian may appear via Zoom at the revocation hearing set for June 2, 2021 at 1:30 p.m. in Missoula, Montana. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup is available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 27th day of May, 2021.

Dana L. Christensen, District Judge
United States District Court