IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–60–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHANTEL DAWN COOPER, | |
| Defendant. | |

IT IS ORDERED that the disposition of the revocation proceeding in the above-captioned case is continued until 10:30 a.m. on September 1, 2021 at the Russell Smith Federal Courthouse in Missoula, Montana.  If Defendant Chantel Dawn Cooper commits no further violations before the continued hearing date, the Court will entertain a motion to dismiss the Amended Petition.  (Doc. 15.)

IT IS FURTHER ORDERED that Cooper remains subject to all existing conditions of supervision.  (Doc. 6.)

DATED this 2nd day of June, 2021.

Dana L. Christensen, District Judge
United States District Court